```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                                       :
DENISE JAWORSKI,                                                       :
                                                                       :
                        Plaintiff,                                     :
                                                                       :        21 Civ. 1026 (JPC)
        -v-                                                            :
                                                                       :                ORDER
NATIONAL RAILROAD PASSENGER CORP.,                                     :
                                                                       :
                        Defendant.                                     :
                                                                       :
-----------------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

      On June 10, 2022, the Court entered the Third Amended Civil Case Management Plan and Scheduling Order.  Dkt. 17.  That Order directed the parties to submit a joint status letter by September 20, 2022.  *Id.* at 3.  The deadline has passed, and the docket does not reflect that the parties have submitted the requested letter.  Accordingly, the parties shall submit a status letter by October 7, 2022.

    SO ORDERED.

Dated: October 4, 2022
       New York, New York

                                                                  JOHN P. CRONAN
                                                          United States District Judge